UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| VASHON WOOLRIDGE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO.  08 C 3374 |
| | ) | |
| P. O. CHRISTOPHER and P. O. JOHN | ) | Judge Kocoras |
| DOE, individually, | ) | Magistrate Judge Cox |
| | ) | |
| Defendants. | ) | |

**AGREED MOTION OF DEFENDANT TO
EXTEND TIME TO FILE RESPONSIVE PLEADINGS**

Defendant Josephine Christopher, by her attorney, Thomas J. Platt, Assistant Corporation Counsel, for her Agreed Motion to Extend the Time to File Responsive Pleadings to the Complaint in this cause through August 29, 2008, states as follows:

1.     This matter is a case under 42 U.S.C. §1983 alleging false arrest and further alleges state claims for malicious prosecution and indemnification.

2.     Defendant Officer Christopher has been served and has filed an appearance. Counsel for defendant has not had an opportunity to meet with the officer or obtain the necessary police records to prepare a responsive pleading.

3.     Defendant requests through August 29, 2008, to file her responsive pleading to the complaint. Plaintiff's counsel has agreed to this motion.

WHEREFORE, Defendant Josephine Christopher requests that this court enter an order allowing defendant through August 29, 2008 to file her responsive pleading to the complaint in this cause.

                                            Respectfully submitted,

                                            /s/ Thomas J. Platt
                                            Chief Assistant Corporation Counsel
                                            Attorney for Defendant

30 North LaSalle Street, Suite 1400
Chicago, Illinois 60602
(312) 744-4833
Atty. No. 06181260                                   July 31, 2008