UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| VASHON WOOLRIDGE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO.  08 CV 3374 |
| | ) | |
| P. O. CHRISTOPHER and P. O. JOHN | ) | Judge Kocoras |
| DOE, individually, | ) | Magistrate Judge Cox |
| | ) | |
| Defendants. | ) | |

**NOTICE OF AGREED MOTION**

To:   David Lipschultz
      Gregory Kulis and Associates
      30 N. LaSalle Street #2140
      Chicago, Illinois  60602

   **PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, Agreed Motion of Defendant to Extend Time to File Responsive Pleadings to Complaint.

   **PLEASE TAKE FURTHER NOTICE** that I shall appear before the Honorable Judge Charles P. Kocoras, or before such other Judge sitting in her place or stead, on **August 13, 2008 at 9:30 a.m.**, or as soon thereafter as counsel may be heard, and then and there present the above stated motion.

                              /s/ Thomas J. Platt
                              Assistant Corporation Counsel

30 N. LaSalle Street
Suite 1400
Chicago, Illinois 60602
(312) 744-4833
 Atty no.   06181260

## **CERTIFICATE OF SERVICE**

      I hereby certify that I have caused true and correct copies of the above and foregoing Motion to be electronically filed and served pursuant to the Rules of the Northern District of Illinois to the person named in the foregoing Notice at the address therein shown, on July 31, 2008.

      Respectfully submitted,

      /s/ Thomas J. Platt
      Assistant Corporation Counsel