**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **VASHON WOOLRIDGE,** | ) | |
| | ) | |
| Plaintiff, | ) | **Case No. 08-C-3374** |
| | ) | |
| v. | ) | **Judge Kocoras** |
| | ) | |
| **P.O. CHRISTOPHER and P.O. JOHN DOE, individually,** | ) ) | **Magistrate Judge Cox** |
| | ) | **Jury Demand** |
| Defendants. | ) | |

**EX-PARTE NOTICE OF FILING**

PLEASE TAKE NOTICE that on this 18th day of August 2008, I caused to be electronically filed with the Clerk of the District Court for the Northern District of Illinois the attached **PLAINTIFF'S FIRST AMENDED COMPLAINT.**

/s/ David S. Lipschultz
GREGORY E. KULIS & ASSOCIATES, LTD.

**CERTIFICATE OF SERVICE**

PLEASE TAKE NOTICE that on the 18th day of August 2008, I, DAVID S. LIPSCHULTZ, an attorney, served the attached document(s) upon the aforementioned address(es) by electronically filing the same with the Clerk for the U.S. District Court for the Northern District of Illinois, Eastern Division, a copy of which was then forwarded to each attorney of record.

/s/ David S. Lipschultz

**GREGORY E. KULIS & ASSOCIATES**
**30 N. LaSalle Street, Suite 2140**
**Chicago, IL 60602**
**(312) 580-1830**