UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| VASHON WOOLRIDGE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO.  08 C 3374 |
| | ) | |
| P. O. CHRISTOPHER and P. O. JOHN DOE, individually, | ) ) | Judge Kocoras Magistrate Judge Cox |
| | ) | |
| Defendants. | ) | |

### NOTICE OF FIING

To:   David Lipschultz
Gregory Kulis and Associates
30 N. LaSalle Street #2140
Chicago, Illinois  60602

**PLEASE TAKE NOTICE** that I have this day, September 2, 2008, I  filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, Defendant Josephine Christopher's Answer to First Amended Complaint.

/s/ Thomas J. Platt
Chief Assistant Corporation Counsel

30 N. LaSalle Street
Suite 1400
Chicago, Illinois 60602
(312) 744-4833
 Atty no.   06181260

### CERTIFICATE OF SERVICE

I hereby certify that I have caused true and correct copies of the above and foregoing Motion to be electronically filed and served pursuant to the Rules of the Northern District of Illinois to the person named in the foregoing Notice at the address therein shown, on September 2, 2008.

Respectfully submitted,

/s/ Thomas J. Platt